# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3873

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| John M. Davison, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 17, 2012
Filed: May 29, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John Davison appeals the sentence the district court[1] imposed after he pleaded guilty to distributing child pornography, in violation of 18 U.S.C. § 2252(a)(2)(A)(B), (b)(1). His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), suggesting that the sentence is unreasonable.

Upon careful review, we conclude that the sentence imposed by the district court–at the bottom of the properly calculated Guidelines range–is not unreasonable.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

See United States v. Peck, 496 F.3d 885, 891 (8th Cir. 2007) (sentence within properly calculated Guidelines range is cloaked in presumption of reasonableness, but presumption may be rebutted by reference to 18 U.S.C. § 3553(a) factors; defendant must show that district court failed to consider relevant factor that should have received significant weight, gave significant weight to improper or irrelevant factor, or considered only appropriate factors but nevertheless committed clear error of judgment).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly we affirm, and we grant counsel's motion to withdraw.

_____